IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02606-MSK-KLM

DAVID M. MCKAY, and
TINA M. MCKAY,

    Plaintiffs,

v.

CHASE MANHATTAN MORTGAGE CORPORATION,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Amend Complaint** [Docket No. 21; filed March 28, 2008] (the "Motion to Amend"). The Court has reviewed the Motion to Amend, Defendant's Response [Docket No. 26; filed April 30, 2008], the entire case file and applicable case law and is sufficiently advised in the premises. Accordingly, IT IS HEREBY **ORDERED** that the Motion to Amend is **GRANTED**, as set forth below.

    Plaintiffs seek leave to amend their Complaint. Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Devel. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d

1357, 1365 (10th Cir. 1993).

Plaintiffs' lawsuit was removed from Weld County District Court to this Court on December 14, 2007 [Docket No. 1]. In its Response, Defendant has indicated that it does not oppose Plaintiffs' request to amend [Docket No. 26]. As such, I find no evidence of undue delay, undue prejudice, bad faith or dilatory motive. Accordingly, IT IS HEREBY **ORDERED** that the Motion to Amend is **GRANTED**. Plaintiffs shall file their First Amended Complaint within **thirty (30) days** of the date of this Order.

Plaintiffs are further directed that the correct caption for their case in future filings is 07-cv-**02606-**MSK-KLM.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: May 7, 2008