IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02606-MSK-KLM

DAVID M. MCKAY, and
TINA M. MCKAY,

      Plaintiffs,

v.

CHASE MANHATTAN MORTGAGE CORPORATION,

      Defendant.

_____

# MINUTE  ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion for Amended Complaint** [Docket No. 33; Filed June 6, 2008] (the "Motion").

      Plaintiffs again request leave to amend their Complaint.  By Order dated May 7, 2008, this Court considered, and granted Plaintiffs' Motion for leave to file an Amended Complaint.  That Order stated that Plaintiffs were to file their First Amended Complaint within thirty days of the date of the Order.

      Plaintiffs filed their First Amended Complaint [Docket No. 33] on June 6, 2008.  As such, I find that Plaintiffs' First Amended Complaint was timely filed.

      Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiffs' First Amended Complaint [Docket No. 33] is **accepted for filing** as of the date of this Order.

      IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the First Amended Complaint on or before **June 19, 2008**.

      Plaintiffs are further directed to correct the caption of their case for future filings: 07-cv-**02606-**MSK-KLM.

      Dated:      June 9, 2008